## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-61-BLG-SPW |
| Plaintiff, | ORDER |
| vs. |  |
| TANNER WAR RIDES HORSE, |  |
| Defendant. |  |

For the reasons stated on the record, TANNER WAR RIDES HORSE is hereby released from the custody of the U.S. Marshals Service.

DATED this 19th day of December, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1